B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Leggero, Ronald J Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Lease One,Inc.; DBA The Neighborhood Trader; DBA Variable Thinking** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5067** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**230 W. Spring Avenue<br>Naperville, IL**<br>ZIP Code **60540** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 210<br>Naperville, IL**<br>ZIP Code **60566** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Leggero, Ronald J Jr.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Leggero, Ronald J Jr.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ronald J Leggero, Jr.**
_____
Signature of Debtor  **Ronald J Leggero, Jr.**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October  2, 2008**
_____
Date

### Signature of Attorney*

X **/s/ David E. Grochocinski**
_____
Signature of Attorney for Debtor(s)

 **David E. Grochocinski**
_____
Printed Name of Attorney for Debtor(s)

 **Grochocinski Grochocinski & Lloyd**
_____
Firm Name
 **1900 Ravinia Pl.**
 **Orland Park, IL 60462**

_____
Address

 **708-226-2700  Fax: 708-226-9030**
_____
Telephone Number

 **October  2, 2008**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Ronald J Leggero, Jr.**                                    Case No. _____

                                    Debtor(s)              Chapter   **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Ronald J Leggero, Jr.**
                         **Ronald J Leggero, Jr.**

Date:  **October  2, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ronald J Leggero, Jr.**                                                   ,          Case No. _____
Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,600,000.00 | | |
| B - Personal Property | Yes | 3 | 61,850.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 5,793,261.76 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 15,521.01 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 4,584,071.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 14,188.34 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | | Total Assets | 3,661,850.00 | | |
| | | | Total Liabilities | 10,392,854.60 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Ronald J Leggero, Jr.** _____ ,     Case No. _____
                                                        Debtor

                                                                Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **Ronald J Leggero, Jr.**                                                              ,    Case No. _____
                                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtor's Residence: 230 W. Spring Avenue, Naperville, IL** | **joint tenancy** | J | 1,400,000.00 | 1,974,729.26 |
| **18500 N. North Creek, Tinley Park, IL** | **equitable owner in land trust #6776 @ Founders Bank** | - | 2,200,000.00 | 2,800,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **3,600,000.00** | (Total of this page) |
| Total > | **3,600,000.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

.

In re **Ronald J Leggero, Jr.**                          ,      Case No. _____
                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **cash** | - | **500.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **MB Bank**<br>**business checking frozen by Founders balance is negative** | - | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **couch, bed, etc.** | - | **1,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **usual and ordinary** | - | **100.00** |
| 7. | Furs and jewelry. | | **watch, ring.** | - | **250.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                 Sub-Total >       **1,850.00**
                                           (Total of this page)

   **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ronald J Leggero, Jr.**                                          ,    Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | **-** | **60,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Amer. Funds, Debtor minor custodian accounts held by his children. $16,000 per child (not property of the estate)** | **-** | **0.00** |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **60,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ronald J Leggero, Jr.**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 GMC Cube Truck 50,000 miles** | - | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | **0.00** |
|---|---|---|
|  | (Total of this page) |  |
|  | Total > | **61,850.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Ronald J Leggero, Jr.**                                    ,     Case No. _____
                                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Debtor's Residence: 230 W. Spring Avenue, Naperville, IL** | **735 ILCS 5/12-901** | **15,000.00** | **1,400,000.00** |
| **Cash on Hand**<br>**cash** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Household Goods and Furnishings**<br>**couch, bed, etc.** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel**<br>**usual and ordinary** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Furs and Jewelry**<br>**watch, ring.** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**IRA** | **735 ILCS 5/12-704** | **60,000.00** | **60,000.00** |

|  |  | Total: | **76,850.00** | **1,461,850.00** |
|---|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Ronald J Leggero, Jr.**                                              Case No. _____

                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | first mortgage | | | | | |
| **Bank United** **14817 Oak** **Miami Lakes, FL 33016** | - | | **Debtor's Residence: 230 W. Spring Avenue, Naperville, IL** | | | | | |
| | | | Value $            1,400,000.00 | | | | 1,380,000.00 | 0.00 |
| Account No. | | | property tax | | | | | |
| **DuPage County Treasurer** **1st Floor - South** **421 N. County Farm Road** **Wheaton, IL 60187** | - | | **Debtor's Residence: 230 W. Spring Avenue, Naperville, IL** | | | | | |
| | | | Value $            1,400,000.00 | | | | 40,729.26 | 40,729.26 |
| Account No. **xxxxx2781** | | | **personal guarantee of business loan(Lease One, Inc.)** | | | | | |
| **Founders Bank** **6825 W. 111th Street** **Worth, IL 60482** | - | | **Debtor's Residence: 230 W. Spring Avenue, Naperville, IL** | | | | | |
| | | | Value $            1,400,000.00 | | | | 204,000.00 | 204,000.00 |
| Account No. **xxxxx2780** | | | **business account regarding Lease One, Inc. secured by business asset and real estate** | | | | | |
| **Founders Bank** **Worth Branch** **6825 West 111th Street** **Worth, IL 60482** | - | | | X | X | X | | |
| | | | Value $                   0.00 | | | | 560,000.00 | 560,000.00 |
| __**2**__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 2,184,729.26 | 804,729.26 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                              , Case No. _____
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2782** <br><br> **Founders Bank** <br> **6825 W. 111th Street** <br> **Worth, IL 60482** | | - | **business loan** <br><br> **property was secured by loan on 18500 N. North Creek Drive, Tinely Park - business asset of Lease One, Inc.** <br><br> Value $          **0.00** | | | | **450,000.00** | **450,000.00** |
| Account No. <br><br> **Founders Bank** <br> **6825 W. 111th Street** <br> **Worth, IL 60482** | | - | **first mortgage** <br><br> **18500 N. North Creek, Tinley Park, IL** <br><br> Value $    **2,200,000.00** | | | | **1,500,000.00** | **0.00** |
| Account No. **6779** <br><br> **Founders Land Trust** <br> **11850 S. Harlem Avenue** <br> **Palos Heights, IL 60463** | | - | <br><br> Value $          **0.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Harris Bank** <br> **P.O. Box 6201** <br> **Carol Stream, IL 60197** | | - | **second mortgage** <br><br> **Debtor's Residence: 230 W. Spring Avenue, Naperville, IL** <br><br> Value $    **1,400,000.00** | | | | **350,000.00** | **330,000.00** |
| Account No. <br><br> **Mariott Vacation Club** | | - | **Marriott Vacation Club Timeshare** <br><br> Value $          **0.00** | | | | **8,532.50** | **8,532.50** |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      **2,308,532.50**      **788,532.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Ronald J Leggero, Jr.** , Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | second mortgage | | | | | |
| **Small Business Administration 2401 West White Oaks Drive Springfield, IL 62704** | - | | 18500 N. North Creek, Tinley Park, IL | | | | | |
| | | | Value $           2,200,000.00 | | | | 1,300,000.00 | 600,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,300,000.00 | 600,000.00 |
| Total (Report on Summary of Schedules) | 5,793,261.76 | 2,193,261.76 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Ronald J Leggero, Jr.**                                              ,        Case No. _____
                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ronald J Leggero, Jr.**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P. O. Box 21126 Philadelphia, PA 19114** | - | | | | | | | 0.00 | |
| | | | | | | | 15,521.01 | 15,521.01 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 15,521.01 | 15,521.01 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 15,521.01 | 15,521.01 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Ronald J Leggero, Jr.**                                                                    Case No. _____
                                                                                              ,
                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **DC1503**<br><br>**1800 Dry Clean**<br>**9235 Corsair Road**<br>**Unit B**<br>**Frankfort, IL 60423** | X | - | | | business account | X | X | X | 428.48 |
| Account No. **Lease One**<br><br>**Adare Ventures**<br>**One Tower Lane, Suite 1700**<br>**Villa Park, IL 60181** | X | - | | | business account | X | X | X | 35,000.00 |
| Account No. **xxxxxxxx4055**<br><br>**ADT**<br>**P.O. Box 371967**<br>**Pittsburgh, PA 15250** | X | - | | | business account | X | X | X | 2,135.01 |
| Account No.<br><br>**All Out Print**<br>**10430 Argonne Woods Drive**<br>**Woodridge, IL 60517** | | - | | | business account | X | X | X | 21,744.00 |

| | | |
|---|---|---|
| __20__ continuation sheets attached | Subtotal<br>(Total of this page) | 59,307.49 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      S/N:29789-080807    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ronald J Leggero, Jr.**                                    , Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx4008** | | | - | | **Credit card purchases** | | | | |
| **American Express** **Suite 0002** **Chicago, IL 60679** | | | | | | | | | **15,952.28** |
| Account No. **xxxx-xxxxx-x1009** | | | - | | **business account** | X | X | X | |
| **American Express** **P. O. Box 0001** **Los Angeles, CA 90096** | | | | | | | | | **88,009.81** |
| Account No. **xxxx-xxxxx-x1007** | | | - | | **business account** | X | X | X | |
| **American Express** **P. O. Box 0001** **Los Angeles, CA 90096** | | | | | | | | | **108,366.64** |
| Account No. **xxxx0130** | X | | - | | **open account 07M1 183558** | X | X | X | |
| **American Express Travel Related Svc** **c/o Baker Miller et al** **29 N Wacker, 5th Floor** **Chicago, IL 60606** | | | | | | | | | **108,660.64** |
| Account No. | | | - | | **business debt** | X | X | X | |
| **Anthony Leggero, Sr.** **10514 Lexington Lane** **Frankfort, IL 60423** | | | | | | | | | **9,061.13** |

| | | |
|---|---|---|
| Sheet no. __1__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **330,050.50** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                       ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5794** <br><br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507** | X | - | open account | X | X | X | 899.84 |
| Account No. **xxxx7947** <br><br> **AT&T** <br> **P.O. Box 105478** <br> **Atlanta, GA 30348** | X | - | business account | X | X | X | 731.89 |
| Account No. **xx-xxx6391** <br><br> **AT&T** <br> **c/o Collection Company of America** <br> **700 Longwater Drive** <br> **Norwell, MA 02061** | X | - | notice purposes only | X | X | X | 0.00 |
| Account No. <br><br> **Bank United** <br> **14817 Oak Lane** <br> **Hialeah, FL 33016** | | - | open account | | | | 31,607.01 |
| Account No. **xxx6804** <br><br> **Bank United** <br> **14817 Oak Lane** <br> **Miami Lakes, FL 33016** | | - | open account | | | | 1,333,262.86 |

Sheet no. __2__ of __20__ sheets attached to Schedule of            Subtotal      **1,366,501.60**

Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ronald J Leggero, Jr.**                                        , Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Lease One** <br><br> Bills Lawn Maintenance <br> P.O. Box 662 <br> Frankfort, IL 60423 | X | - | business account | X | X | X | 1,900.00 |
| Account No. **xxxxx6730** <br><br> Brinks Security <br> P.O. Box 152235 <br> Irving, TX 75015 | X | - | business account | X | X | X | 319.92 |
| Account No. <br><br> Brown Bark III, LP <br> c/o Kelly, Olson, Michod et al <br> 30 S. Wacker Drive, Suite 2300 <br> Chicago, IL 60606 | X | - | business account | X | X | X | 35,909.81 |
| Account No. **Lease One** <br><br> C&J Heating <br> 8010 W. 189th Street <br> Mokena, IL 60448 | X | - | business account | X | X | X | 290.00 |
| Account No. **xxx9343** <br><br> CDW <br> P.O. Box 75723 <br> Chicago, IL 60675 | X | - | business account | X | X | X | 824.75 |

Sheet no. __3__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **39,244.48**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ronald J Leggero, Jr.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx7773** | | | | **notice purposes only** | | | | |
| **CDW** c/o Debt Alert 4836 Brecksville Road Richfield, OH 44286 | X | - | | | X | X | X | 0.00 |
| Account No. **xxx-xxxx-xxxxxx-0101** | | | | **business account** | | | | |
| **Charter One** 1215 Superior Avenue Cleveland, OH 44114 | | - | | | X | X | X | 100,000.00 |
| Account No. **xxxxxx-231-1** | | | | **business account** | | | | |
| **Charter One** P.O. Box 42001 Providence, RI 02940 | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | **07M1 176692** | | | | |
| **Charter One Bank NA** c/o Donald Newman & Assoc. 11 S. LaSalle Street, Suite 1500 Chicago, IL 60603 | X | - | | | X | X | X | 99,044.88 |
| Account No. | | | | **business account** | | | | |
| **Chicago Backflow** 12607 S. Laramie Avenue Alsip, IL 60803 | X | - | | | X | X | X | 295.00 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              199,339.88

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                          Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-9969** | | | | | business account | | | | |
| **Citi AA** **P. O. Box 6500** **Sioux Falls, SD 57117** | | - | | | | X | X | X | 25,235.01 |
| Account No. **xxxx-xxxx-xxxx-2063** | | | | | business account | | | | |
| **Citi Upromise** **P. O. Box 6500** **Sioux Falls, SD 57117** | | - | | | | | | | 32,054.31 |
| Account No. **Fxxxx7597** | | | | | notice purposes only | | | | |
| **Citibank SD NA** **c/o Northland Group, Inc.** **P.O. Box 390905** **Minneapolis, MN 55439** | X | - | | | | X | X | X | 0.00 |
| Account No. **xxxx9361** | | | | | notice purposes only | | | | |
| **Citibank SD NA** **c/o United Recovery Services** **5800 North Course Drive** **Houston, TX 77072** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | business account | | | | |
| **Clear Vue** **P.O. Box 805379** **Chicago, IL 60680** | X | - | | | | X | X | X | 80.00 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   57,369.32

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ronald J Leggero, Jr.**                                              ,        Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | business account | X | X | X | |
| Cohon, Raize and Regal 208 South LaSalle Street Suite 1860 Chicago, IL 60604 | | | | | | | | 18,000.00 |
| Account No. xxxxx4791 | X | | - | business account | X | X | X | |
| DHL 14105 Collections Center Drive Chicago, IL 60693 | | | | | | | | 35.95 |
| Account No. xxxx2221 | | | - | open account | | | | |
| Direct TV P.O. Box 6550 Englewood, CO 80155 | | | | | | | | 858.17 |
| Account No. xx-xx-xx5-003 | | | - | business account | X | X | X | |
| Dupage County Treasurer 421 North County Farm Road Wheaton, IL 60187 | | | | | | | | 40,729.26 |
| Account No. 2389 | X | | - | business account | X | X | X | |
| Dustcatchers 8801 S. Chicago Avenue Chicago, IL 60617 | | | | | | | | 392.70 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,016.08

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | business account | | | | | |
| Endless Resources 3111 Mace Avenue Suite A Costa Mesa, CA 92626 | | - | | | X | X | X | |
| | | | | | | | | 1,396.17 |
| Account No. | | | business account | | | | | |
| FCM Industires 6400 Winona Avenue Saint Louis, MO 63109 | X | - | | | X | X | X | |
| | | | | | | | | 24,729.26 |
| Account No. xxxx-xxxx-xxxx-8197 | | | notice purposes only | | | | | |
| Fifth Third Bank c/o Weltman, Weinberg et al P.O. Box 93596 Cleveland, OH 44101 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. xxxxxxxxxxx-8197 | | | business account | | | | | |
| Fifth Third Credit Card MD 1MOC2G-4050 38 Fountain Square Plaza Cincinnati, OH 45263 | | - | | | X | X | X | |
| | | | | | | | | 10,862.87 |
| Account No. | | | NSF | | | | | |
| Founders Bank 6825 W. 111th Street Worth, IL 60482 | | - | | | | | | |
| | | | | | | | | 1,000.00 |

| | | |
|---|---|---|
| Sheet no. __7__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 37,988.30 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0668** <br><br> **Founders Bank Worth Branch 6825 West 111th Street Worth, IL 60482** | | - | business account | X | X | X | 6,614.27 |
| Account No. <br><br> **Fyr-Fyter P.O. Box 351 Hazel Crest, IL 60429** | X | - | business account | X | X | X | 78.00 |
| Account No. **xxxx1796** <br><br> **Global Com 4070 Paysphere Circle Chicago, IL 60674** | X | - | business account | X | X | X | 8,801.02 |
| Account No. <br><br> **GMAC P.O. Box 5014 Carol Stream, IL 60225** | | - | vehicle deficiency | | | | 80,000.00 |
| Account No. **xxxxxxxx5964** <br><br> **GMAC P. O. Box 78252 Phoenix, AZ 85062** | | - | business account | X | X | X | 6,516.56 |

Sheet no. __8__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **102,009.85**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                        ,        Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0017** | | - | | business account | X | X | X | |
| **GMAC** P. O. Box 78252 Phoenix, AZ 85062 | | | | | | | | 468.97 |
| Account No. **xxxxx0697** | X | - | | business account | X | X | X | |
| **Grainger** 6001 W. 115th Street Alsip, IL 60803 | | | | | | | | 713.39 |
| Account No. | | - | | open account | | | | |
| **Great Lakes** 1340 Internationale Parkway Woodridge, IL 60517 | | | | | | | | 397.50 |
| Account No. **xx-xxxx5955** | | - | | business account | X | X | X | |
| **Guaranty Bank** 4000 West Brown Deer Road Brown Deer, WI 53209 | | | | | | | | 5,267.41 |
| Account No. **x4180** | | - | | NSF | | | | |
| **Harris Bank** P.O. Box 6201 Carol Stream, IL 60197 | | | | | | | | 0.00 |

Sheet no. _**9**___ of _**20**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,847.27

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | open account | | | | |
| **Harris Bank** **P.O. Box 6201** **Carol Stream, IL 60197** | | - | | | | | | 13,590.21 |
| Account No. | | | | open account | | | | |
| **Harris Bank** **P.O. Box 6201** **Carol Stream, IL 60197** | | - | | | | | | 337,023.40 |
| Account No. | | | | business account | | | | |
| **Illinois Secretary of State** | X | - | | | X | X | X | 305.50 |
| Account No. **x1903** | | | | business account | | | | |
| **K&E** **4607 Lake Worth Road** **Lake Worth, FL 33463** | X | - | | | X | X | X | 1,295.00 |
| Account No. **x4212** | | | | business account | | | | |
| **KD Mailing** **6850 N. Central Park Avenue** **Lincolnwood, IL 60712** | X | - | | | X | X | X | 100.00 |

Sheet no. __10__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**352,314.11**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                        ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Lease One** <br><br> **Kodak Service Plan** <br> **P.O. Box 640350** <br> **Pittsburgh, PA 15264** | X | - | business account | X | X | X | 26,500.00 |
| Account No. **xx8979** <br><br> **Kodak Supplies** <br> **P.O. Box 640350** <br> **Pittsburgh, PA 15264** | X | - | business account | X | X | X | 4,266.00 |
| Account No. **xxxxx5154** <br><br> **Lifetime Fitness** <br> **28141 Deihl Road** <br> **Warrenville, IL 60555** | | - | open account | | | | 199.80 |
| Account No. **Leggero** <br><br> **Manetti & Griffith** <br> **2311 W. 22nd Street** <br> **Suite 217** <br> **Oak Brook, IL 60523** | | - | open account | | | | 11,762.14 |
| Account No. **xxx0209** <br><br> **Marriott Vacation Club** <br> **P.O. Box 382056** <br> **Pittsburgh, PA 15250** | | - | open account | | | | 8,532.50 |

Sheet no. __11__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,260.44**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx4702** | | | | open account | | | | |
| MB Bank 18299 Harlem Avenue Tinley Park, IL 60477 | | - | | | | | | 150.00 |
| Account No. **tx0113** | | | | business account | | | | |
| Milpak P.O. Box 456 Upper Darby, PA 19082 | X | - | | | X | X | X | 2,032.62 |
| Account No. **Lease One** | | | | business account | | | | |
| Mind Fire 30 Corporate Park Suite 301 Irvine, CA 92606 | X | - | | | X | X | X | 10,111.19 |
| Account No. **mcmwxx3513** | | | | business account | | | | |
| Monster Worldwide Inc P.O. Box 90364 Chicago, IL 60696 | X | - | | | X | X | X | 1,286.33 |
| Account No. | | | | notice purposes only | | | | |
| Monster Worldwide, Inc. c/o Euler Hermes 600 S. 7th Street Louisville, KY 40201 | X | - | | | X | X | X | 0.00 |

Sheet no. __**12**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          13,580.14

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                    ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx9060<br><br>**National City**<br>P. O. Box 3038<br>K-A16_1J<br>**Kalamazoo, MI 49003** | | - | business account | X | X | X | **34,750.91** |
| Account No. xxxxx5228<br><br>**National City**<br>P.O. Box 8043<br>**Royal Oak, MI 48068** | X | - | business account | X | X | X | **Unknown** |
| Account No. xxxxxxx0390<br><br>**Nicor**<br>P.O. Box 310<br>**Aurora, IL 60507** | X | - | business account | X | X | X | **5,229.00** |
| Account No.<br><br>**North Creek Business Assoc**<br>P.O. Box 2186<br>**Darien, IL 60561** | X | - | business account | X | X | X | **2,700.00** |
| Account No. xxxxxx6647<br><br>**NuWay**<br>17726 S Oak Park<br>**Tinley Park, IL 60477** | X | - | business account | X | X | X | **284.61** |

Sheet no. __**13**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**42,964.52**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                      ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Paul and Eileen Greenawalt**<br>**992 South Butternut Circle**<br>**Frankfort, IL 60423** | | - | | personal loan | | | | 25,000.00 |
| Account No.<br><br>**Paychex Benefits**<br>**150 Sawgrass Drive**<br>**Rochester, NY 14620** | X | - | | business account | X | X | X | 1,541.37 |
| Account No.<br><br>**Paychex Premier**<br>**150 Sawgrass Drive**<br>**Rochester, NY 14620** | X | - | | business account | X | X | X | 3,625.32 |
| Account No. **Lease One**<br><br>**PCSI**<br>**18521 Spring Creek Drive**<br>**Unit A**<br>**Tinley Park, IL 60477** | X | - | | business account | X | X | X | 3,709.79 |
| Account No. **xxxxx6012**<br><br>**Pitney Bower Credit Corp**<br>**c/o LTD Financial Services**<br>**7322 SW Freeway, Suite 1600**<br>**Houston, TX 77074** | X | - | | notice purposes only | X | X | X | 0.00 |

Sheet no. __**14**__ of __**20**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,876.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ronald J Leggero, Jr.**                                                     ,     Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx6-001** | | | | business account | | | | |
| **Pitney Leasing** P.O. Box 856460 Louisville, KY 40285 | X | - | | | X | X | X | 1,467.07 |
| Account No. **xxxxxxxxxxxx1130** | | | | business account | | | | |
| **Pitney Postage** P.O. Box 856042 Louisville, KY 40285 | X | - | | | X | X | X | 354.74 |
| Account No. **xxxxxxx1865** | | | | business account | | | | |
| **Pitney Software** P.O. Box 856390 Louisville, KY 40285 | X | - | | | X | X | X | 950.08 |
| Account No. **xxxx8768** | | | | business account | | | | |
| **Polk** 5244 Paysphere Chicago, IL 60674 | X | - | | | X | X | X | 9,733.22 |
| Account No. **xxxx5761** | | | | business account | | | | |
| **Quill** P.O. Box 37600 Philadelphia, PA 19101 | X | - | | | X | X | X | 498.53 |

| | | |
|---|---|---|
| Sheet no. **15** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 13,003.64 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ronald J Leggero, Jr.**                                                          ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Leaes One** | | | | | business account | | | | |
| Richard Chisholm 9700 West 131st Street Palos Park, IL 60464 | X | - | | | | X | X | X | 663.00 |
| Account No. | | | | | open account | | | | |
| Roberts & Associates 104 East Roosevelt Road Suite 202 Wheaton, IL 60187 | | - | | | | | | | 52,178.41 |
| Account No. | | | | | personal loan from dad | | | | |
| Ron Leggero, Sr. 10514 Lexington Lane Frankfort, IL 60423 | X | - | | | | | | | 111,444.54 |
| Account No. **x2322** | | | | | business account | | | | |
| Santana Energy Services P.O. Box 200024 Houston, TX 77216 | X | - | | | | X | X | X | 1,554.30 |
| Account No. **xxxxxxxxxxxx0270** | | | | | notice purposes only | | | | |
| Santana Energy Services c/o CMI P.O. Box 456 Upper Darby, PA 19082 | X | - | | | | X | X | X | 0.00 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

165,840.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ronald J Leggero, Jr.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx40-07** | | | business account | | | | |
| **SBG Loan** **500 West Madison Street** **Suite 1250** **Chicago, IL 60661** | X | - | | X | X | X | 1,300,000.00 |
| Account No. **xxxx-xxxx-xxxx-7519** | | | business account | | | | |
| **Sears Credit Card** **P. O. Box 6922** **The Lakes, NV 88901** | X | - | | X | X | X | 11,666.58 |
| Account No. **Ex2484** | | | business account | | | | |
| **Security Unlimited** **P.O. Box 459** **Tinley Park, IL 60477** | X | - | | X | X | X | 1,080.00 |
| Account No. **xxxx-xxxx-xxxx-4348** | | | business account | | | | |
| **Target Card** **P. O. Box 59317** **Minneapolis, MN 55459** | X | - | | X | X | X | 481.31 |
| Account No. **xxxx-xxxx-xxxx-4348** | | | notice purposes only | | | | |
| **Target National Bank** **c/o Firstsource** **205 Bryant Woods South** **Buffalo, NY 14228** | X | - | | X | X | X | 0.00 |

| | | |
|---|---|---|
| Sheet no. __17__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,313,227.89 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business account | | | | |
| **Tinley Park Police** **7850 West 183rd Street** **Tinley Park, IL 60477** | X | - | | | X | X | X | 25.00 |
| Account No. | | | | business account | | | | |
| **Tony Marmo** **18080 South Wolf Road** **Orland Park, IL 60467-5407** | X | - | | | X | X | X | 200,000.00 |
| Account No. **1040** | | | | business account | | | | |
| **Tri Auto** **7225 Georgetown Road** **Indianapolis, IN 46268** | X | - | | | X | X | X | 48,309.87 |
| Account No. | | | | 49D100807PL030505 open account | | | | |
| **Tri-Auto Enterprises, LLC** **c/o Andrew Nill, Attorney at Law** **7225 Georgetown Road** **Indianapolis, IN 46268** | X | - | | | X | X | X | 61,122.21 |
| Account No. **xx5618** | | | | business account | | | | |
| **U. S. Post Office** **2825 Lone Oak Parkway** **Eagan, MN 55121** | X | - | | | X | X | X | 8,914.35 |

Sheet no. __18__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    318,371.43

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ronald J Leggero, Jr.**                                          , Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0821** | | | business account | | | | |
| U. S. Post Office 2825 Lone Oak Parkway Eagan, MN 55121 | X | - | | X | X | X | 3,100.51 |
| Account No. **xx3914** | | | business account | | | | |
| U. S. Post Office 2825 Lone Oak Parkway Eagan, MN 55121 | X | - | | X | X | X | 5,763.93 |
| Account No. **Uxxxx0586** | | | business account | | | | |
| Unishippers 2500 W. Higgins Road Hoffman Estates, IL 60169 | X | - | | X | X | X | 106.22 |
| Account No. **2151** | | | business account | | | | |
| Urban Communications 5320 W 159th Street Suite 503 Oak Forest, IL 60452 | X | - | | X | X | X | 499.90 |
| Account No. | | | business Account | | | | |
| USA Data P.O. Box 7777 Philadelphia, PA 19175 | X | - | | X | X | X | 1,217.70 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,688.26

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ronald J Leggero, Jr.**                                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | business account | | | | |
| **Village of Tinley Park**<br>**16250 South Oak Park**<br>**Tinley Park, IL 60477** | X | - | | | X | X | X | |
| | | | | | | | | **678.28** |
| Account No. **xxx-xxx5425** | | | | business account | | | | |
| **Will County Farmer Bureau**<br>**100 Manhattan Road**<br>**Joliet, IL 60433** | X | - | | | X | X | X | |
| | | | | | | | | **31.00** |
| Account No. **xxxxx0697** | | | | business account | | | | |
| **WW Grainger**<br>**c/o RMS**<br>**4836 Brecksville Road**<br>**Richfield, OH 44286** | X | - | | | X | X | X | |
| | | | | | | | | **713.39** |
| Account No. **xxxxxxxxxx3762** | | | | business debt | | | | |
| **XO Communications**<br>**8851 Sandy Parkway**<br>**Sandy, UT 84070** | X | - | | | X | X | X | |
| | | | | | | | | **2,607.23** |
| Account No. **xxxx8544** | | | | business account | | | | |
| **Z Graphics**<br>**Joe Zeller**<br>**122 N. River Street**<br>**Dundee, IL 60118** | X | - | | | X | X | X | |
| | | | | | | | | **6,240.00** |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **10,269.90**

Total
(Report on Summary of Schedules)       **4,584,071.83**

B6G (Official Form 6G) (12/07)

In re     **Ronald J Leggero, Jr.**
_____ ,     Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GMAC**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60225** | **2006 Pontiac Torrent, 4 ddor** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re  **Ronald J Leggero, Jr.** _____, Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Leaes One, Inc.** | **1800 Dry Clean**<br>**9235 Corsair Road**<br>**Unit B**<br>**Frankfort, IL 60423** |
| **Lease One, Inc** | **U. S. Post Office**<br>**2825 Lone Oak Parkway**<br>**Eagan, MN 55121** |
| **Lease One, Inc** | **Will County Farmer Bureau**<br>**100 Manhattan Road**<br>**Joliet, IL 60433** |
| **Lease One, Inc.** | **American Express Travel Related Svc**<br>**c/o Baker Miller et al**<br>**29 N Wacker, 5th Floor**<br>**Chicago, IL 60606** |
| **Lease One, Inc.** | **Tri-Auto Enterprises, LLC**<br>**c/o Andrew Nill, Attorney at Law**<br>**7225 Georgetown Road**<br>**Indianapolis, IN 46268** |
| **Lease One, Inc.** | **Charter One Bank NA**<br>**c/o Donald Newman & Assoc.**<br>**11 S. LaSalle Street, Suite 1500**<br>**Chicago, IL 60603** |
| **Lease One, Inc.** | **Adare Ventures**<br>**One Tower Lane, Suite 1700**<br>**Villa Park, IL 60181** |
| **Lease One, Inc.** | **ADT**<br>**P.O. Box 371967**<br>**Pittsburgh, PA 15250** |
| **Lease One, Inc.** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** |
| **Lease One, Inc.** | **Bills Lawn Maintenance**<br>**P.O. Box 662**<br>**Frankfort, IL 60423** |
| **Lease One, Inc.** | **Brinks Security**<br>**P.O. Box 152235**<br>**Irving, TX 75015** |

**5**

____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Ronald J Leggero, Jr.**                                                          ,    Case No. _____
                                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lease One, Inc.** | **C&J Heating**<br>**8010 W. 189th Street**<br>**Mokena, IL 60448** |
| **Lease One, Inc.** | **CDW**<br>**P.O. Box 75723**<br>**Chicago, IL 60675** |
| **Lease One, Inc.** | **Chicago Backflow**<br>**12607 S. Laramie Avenue**<br>**Alsip, IL 60803** |
| **Lease One, Inc.** | **Clear Vue**<br>**P.O. Box 805379**<br>**Chicago, IL 60680** |
| **Lease One, Inc.** | **DHL**<br>**14105 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Lease One, Inc.** | **Dustcatchers**<br>**8801 S. Chicago Avenue**<br>**Chicago, IL 60617** |
| **Lease One, Inc.** | **FCM Industires**<br>**6400 Winona Avenue**<br>**Saint Louis, MO 63109** |
| **Lease One, Inc.** | **Fyr-Fyter**<br>**P.O. Box 351**<br>**Hazel Crest, IL 60429** |
| **Lease One, Inc.** | **Global Com**<br>**4070 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Lease One, Inc.** | **Grainger**<br>**6001 W. 115th Street**<br>**Alsip, IL 60803** |
| **Lease One, Inc.** | **Illinois Secretary of State** |
| **Lease One, Inc.** | **K&E**<br>**4607 Lake Worth Road**<br>**Lake Worth, FL 33463** |
| **Lease One, Inc.** | **KD Mailing**<br>**6850 N. Central Park Avenue**<br>**Lincolnwood, IL 60712** |
| **Lease One, Inc.** | **Kodak Service Plan**<br>**P.O. Box 640350**<br>**Pittsburgh, PA 15264** |

Sheet __1__ of __5__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re    **Ronald J Leggero, Jr.**                                          ,    Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Lease One, Inc.** | **Kodak Supplies**<br>**P.O. Box 640350**<br>**Pittsburgh, PA 15264** |
| **Lease One, Inc.** | **Milpak**<br>**P.O. Box 456**<br>**Upper Darby, PA 19082** |
| **Lease One, Inc.** | **Mind Fire**<br>**30 Corporate Park**<br>**Suite 301**<br>**Irvine, CA 92606** |
| **Lease One, Inc.** | **Monster Worldwide Inc**<br>**P.O. Box 90364**<br>**Chicago, IL 60696** |
| **Lease One, Inc.** | **Nicor**<br>**P.O. Box 310**<br>**Aurora, IL 60507** |
| **Lease One, Inc.** | **North Creek Business Assoc**<br>**P.O. Box 2186**<br>**Darien, IL 60561** |
| **Lease One, Inc.** | **NuWay**<br>**17726 S Oak Park**<br>**Tinley Park, IL 60477** |
| **Lease One, Inc.** | **Paychex Benefits**<br>**150 Sawgrass Drive**<br>**Rochester, NY 14620** |
| **Lease One, Inc.** | **Paychex Premier**<br>**150 Sawgrass Drive**<br>**Rochester, NY 14620** |
| **Lease One, Inc.** | **PCSI**<br>**18521 Spring Creek Drive**<br>**Unit A**<br>**Tinley Park, IL 60477** |
| **Lease One, Inc.** | **Pitney Leasing**<br>**P.O. Box 856460**<br>**Louisville, KY 40285** |
| **Lease One, Inc.** | **Pitney Postage**<br>**P.O. Box 856042**<br>**Louisville, KY 40285** |
| **Lease One, Inc.** | **Pitney Software**<br>**P.O. Box 856390**<br>**Louisville, KY 40285** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re    **Ronald J Leggero, Jr.**                                                    , Case No. _____

                                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lease One, Inc.** | **Polk**<br>**5244 Paysphere**<br>**Chicago, IL 60674** |
| **Lease One, Inc.** | **Quill**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101** |
| **Lease One, Inc.** | **Richard Chisholm**<br>**9700 West 131st Street**<br>**Palos Park, IL 60464** |
| **Lease One, Inc.** | **Santana Energy Services**<br>**P.O. Box 200024**<br>**Houston, TX 77216** |
| **Lease One, Inc.** | **Security Unlimited**<br>**P.O. Box 459**<br>**Tinley Park, IL 60477** |
| **Lease One, Inc.** | **Unishippers**<br>**2500 W. Higgins Road**<br>**Hoffman Estates, IL 60169** |
| **Lease One, Inc.** | **Urban Communications**<br>**5320 W 159th Street**<br>**Suite 503**<br>**Oak Forest, IL 60452** |
| **Lease One, Inc.** | **Z Graphics**<br>**Joe Zeller**<br>**122 N. River Street**<br>**Dundee, IL 60118** |
| **Lease One, Inc.** | **AT&T**<br>**P.O. Box 105478**<br>**Atlanta, GA 30348** |
| **Lease One, Inc.** | **U. S. Post Office**<br>**2825 Lone Oak Parkway**<br>**Eagan, MN 55121** |
| **Lease One, Inc.** | **U. S. Post Office**<br>**2825 Lone Oak Parkway**<br>**Eagan, MN 55121** |
| **Lease One, Inc.** | **Village of Tinley Park**<br>**16250 South Oak Park**<br>**Tinley Park, IL 60477** |
| **Lease One, Inc.** | **XO Communications**<br>**8851 Sandy Parkway**<br>**Sandy, UT 84070** |

Sheet   **3**   of   **5**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Ronald J Leggero, Jr.**                                                    ,      Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lease One, Inc.** | **Tri Auto**<br>**7225 Georgetown Road**<br>**Indianapolis, IN 46268** |
| **Lease One, Inc.** | **Tony Marmo**<br>**18080 South Wolf Road**<br>**Orland Park, IL 60467-5407** |
| **Lease One, Inc.** | **Tinley Park Police**<br>**7850 West 183rd Street**<br>**Tinley Park, IL 60477** |
| **Lease One, Inc.** | **Target Card**<br>**P. O. Box 59317**<br>**Minneapolis, MN 55459** |
| **Lease One, Inc.** | **Sears Credit Card**<br>**P. O. Box 6922**<br>**The Lakes, NV 88901** |
| **Lease One, Inc.** | **SBG Loan**<br>**500 West Madison Street**<br>**Suite 1250**<br>**Chicago, IL 60661** |
| **Lease One, Inc.** | **Ron Leggero, Sr.**<br>**10514 Lexington Lane**<br>**Frankfort, IL 60423** |
| **Lease One, Inc.** | **Charter One**<br>**P.O. Box 42001**<br>**Providence, RI 02940** |
| **Lease One, Inc.** | **National City**<br>**P.O. Box 8043**<br>**Royal Oak, MI 48068** |
| **Lease One, Inc.** | **WW Grainger**<br>**c/o RMS**<br>**4836 Brecksville Road**<br>**Richfield, OH 44286** |
| **Lease One, Inc.** | **CDW**<br>**c/o Debt Alert**<br>**4836 Brecksville Road**<br>**Richfield, OH 44286** |
| **Lease One, Inc.** | **Target National Bank**<br>**c/o Firstsource**<br>**205 Bryant Woods South**<br>**Buffalo, NY 14228** |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Ronald J Leggero, Jr.**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lease One, Inc.** | **AT&T**<br>**c/o Collection Company of America**<br>**700 Longwater Drive**<br>**Norwell, MA 02061** |
| **Lease One, Inc.** | **Fifth Third Bank**<br>**c/o Weltman, Weinberg et al**<br>**P.O. Box 93596**<br>**Cleveland, OH 44101** |
| **Lease One, Inc.** | **Citibank SD NA**<br>**c/o Northland Group, Inc.**<br>**P.O. Box 390905**<br>**Minneapolis, MN 55439** |
| **Lease One, Inc.** | **Brown Bark III, LP**<br>**c/o Kelly, Olson, Michod et al**<br>**30 S. Wacker Drive, Suite 2300**<br>**Chicago, IL 60606** |
| **Lease One, Inc.** | **Citibank SD NA**<br>**c/o United Recovery Services**<br>**5800 North Course Drive**<br>**Houston, TX 77072** |
| **Lease One, Inc.** | **Pitney Bower Credit Corp**<br>**c/o LTD Financial Services**<br>**7322 SW Freeway, Suite 1600**<br>**Houston, TX 77074** |
| **Lease One, Inc.** | **Monster Worldwide, Inc.**<br>**c/o Euler Hermes**<br>**600 S. 7th Street**<br>**Louisville, KY 40201** |
| **Lease One, Inc.** | **Santana Energy Services**<br>**c/o CMI**<br>**P.O. Box 456**<br>**Upper Darby, PA 19082** |
| **Lease One, Inc.** | **USA Data**<br>**P.O. Box 7777**<br>**Philadelphia, PA 19175** |
| **Variable Thinking** | **USA Data**<br>**P.O. Box 7777**<br>**Philadelphia, PA 19175** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Ronald J Leggero, Jr._____    Case No. _____
                            Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**10**<br>**8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **President** | |
| Name of Employer | **Lease One, Inc.** | |
| How long employed | | |
| Address of Employer | **P.O. Box 210**<br>**Naperville, IL 60566** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **1,500.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **1,500.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|     b. Insurance | $ | **0.00** | $ | **N/A** |
|     c. Union dues | $ | **0.00** | $ | **N/A** |
|     d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,500.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,500.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **1,500.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __Ronald J Leggero, Jr._____    Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 8,000.00 |
| a. Are real estate taxes included?    Yes ___    No __X__ | | |
| b. Is property insurance included?    Yes ___    No __X__ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 600.00 |
| b. Water and sewer | $ | 300.00 |
| c. Telephone | $ | 120.00 |
| d. Other  **cell phone/business lines** | $ | 300.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 40.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 316.67 |
| b. Life | $ | 0.00 |
| c. Health | $ | 225.00 |
| d. Auto | $ | 166.67 |
| e. Other  **umbrella coverage** | $ | 100.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 470.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 300.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 1,000.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 1,000.00 |
| 17. Other  **child care** | $ | 200.00 |
| Other  **education for child** | $ | 100.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 14,188.34 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 1,500.00 |
| b.    Average monthly expenses from Line 18 above | $ | 14,188.34 |
| c.    Monthly net income (a. minus b.) | $ | -12,688.34 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Ronald J Leggero, Jr.**                                                    Case No.
                                                    Debtor(s)        Chapter        **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**42**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October  2, 2008**                          Signature    **/s/ Ronald J Leggero, Jr.**
                                                                 **Ronald J Leggero, Jr.**
                                                                 Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ronald J Leggero, Jr.** _____   Case No. _____

_____   Debtor(s)   Chapter   **7**   _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-981,916.00** | **2007**<br>**adjusted gross income - personal** |
| **$701,365.00** | **2007 - S Corp - gross receipts** |
| **$-795,795.00** | **2006 - personal income**<br>**adjusted gross income** |
| **$1,203,504.00** | **2006 - S Corp**<br>**gross receipts** |

**2. Income other than from employment or operation of business**

None
�■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
�■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
�■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
�■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Leggero vs. Leggero** | **Divorce** | **DuPage County** | **dissolution 8/8/08** |
| **American Express Travel Related Service vs. Lease One, Inc. 07M1 183558** | **collection** | **Cook County** | **pending** |
| **Charter One Bank NA vs. Leason One, Inc. 07M1 176692** | **Collection** | **Cook County** | **pending** |
| **Tri-Auto Enterprises, LLC vs. Lease One, Inc. 49D100807 PL 030505** | **Motion for Default Judgment** | **State of Indiana, County of Marion** | **pending** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| ? | | **2006 Cadillac X1R, 2 door repossesd lease** |

### 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Founders Bank 6825 W. 111th Street Worth, IL 60482** | **6/08** | **18500 N. North Creek, Tinly Park, IL Office building value $2,200,000.00** |
| **Small Business Administration 2401 West White Oaks Drive Springfield, IL 62704** | **06/08** | **18500 N. North Creek Drive, Tinley Park Office Building** |
| **GMAC P.O. Box 5014 Carol Stream, IL 60225** | **Spring 2008** | **2006 Cadillac XLR** |
| **Marriot Vacation Club P.O. Box 382056 Pittsburgh, PA 15250** | **foreclosed** | **acct 0013506408/timeshare** |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |
| **Dan Mackay** | **Receiver appointed for Founders Bank** | **60477** | **18500 N. North Creek Drive, Tinley Park, IL** |

4

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Grochocinski Grochocinski & Lloyd 1900 Ravinia Pl. Orland Park, IL 60462** | **9/11/08** | **$2000** |
| **Green Path Debt Solutions** | **7/29/08** | **$100.00** |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Harris Bank** | **checking**<br>**$0.00** | **2007** |
| **Founders Bank** | **Checking** | **$-900.00**<br>**Founders refuses to close and continues to add fees** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Kimberly Leggero**
**divorced 8/8/08**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lease One, Inc.** | | | | |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **James T. Borello & Company**<br>**151 Dundee Avenue**<br>**East Dundee, IL 60118** | |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **James T. Borello & Company** | **151 Dundee Avenue**<br>**East Dundee, IL 60118** |

None
☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Possibly Founders Bank & SBA** | |

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

8

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ron Leggero** | **received about $1,500/month as compensation from Lease One, Inc.** | |

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **October 2, 2008**        Signature   **/s/ Ronald J Leggero, Jr.**
                                         **Ronald J Leggero, Jr.**
                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Ronald J Leggero, Jr.**             Case No. _____
                                     Debtor(s)     Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Debtor's Residence: 230 W. Spring Avenue, Naperville, IL | Bank United | X | | | |
| Debtor's Residence: 230 W. Spring Avenue, Naperville, IL | DuPage County Treasurer | X | | | |
| Debtor's Residence: 230 W. Spring Avenue, Naperville, IL | Founders Bank | X | | | |
| Debtor's Residence: 230 W. Spring Avenue, Naperville, IL | Harris Bank | X | | | |
| Marriott Vacation Club Timeshare | Mariott Vacation Club | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date   **October 2, 2008** _____     Signature   **/s/ Ronald J Leggero, Jr.** _____
                                            **Ronald J Leggero, Jr.**
                                            Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Ronald J Leggero, Jr.**

_____  Case No. _____

Debtor(s)          Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept...................................................................  $ _____ **0.00**

   Prior to the filing of this statement I have received...............................................  $ _____ **0.00**

   Balance Due........................................................................................................  $ _____ **0.00**

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
        **In Chapter 13, all other purposes required by Local Rule 2090-5, but not including any adversary proceeding**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Other than in Chapter 13 cases, representation in adversary proceedings, lien avoidances, relief from stay motions, or any other contested motions**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October  2, 2008**
_____

**/s/ David E. Grochocinski**
**David E. Grochocinski**
**Grochocinski Grochocinski & Lloyd**
**1900 Ravinia Pl.**
**Orland Park, IL 60462**
**708-226-2700  Fax: 708-226-9030**

---

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
    1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
    2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
    3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
    4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
    1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
    2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
    3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| David E. Grochocinski | X /s/ David E. Grochocinski | October 2, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**1900 Ravinia Pl.
Orland Park, IL 60462
708-226-2700**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Ronald J Leggero, Jr. | X /s/ Ronald J Leggero, Jr. | October 2, 2008 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ronald J Leggero, Jr.**                                              Case No.
                                                Debtor(s)          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                               **189**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 2, 2008**                    **/s/ Ronald J Leggero, Jr.**
                                             **Ronald J Leggero, Jr.**
                                             Signature of Debtor

1800 Dry Clean
9235 Corsair Road
Unit B
Frankfort, IL 60423


Adare Ventures
One Tower Lane, Suite 1700
Villa Park, IL 60181


ADT
P.O. Box 371967
Pittsburgh, PA 15250


All Out Print
10430 Argonne Woods Drive
Woodridge, IL 60517


American Express
Suite 0002
Chicago, IL 60679


American Express
P. O. Box 0001
Los Angeles, CA 90096


American Express
P. O. Box 0001
Los Angeles, CA 90096


American Express Travel Related Svc
c/o Baker Miller et al
29 N Wacker, 5th Floor
Chicago, IL 60606


Anthony Leggero, Sr.
10514 Lexington Lane
Frankfort, IL 60423


AT&T
P.O. Box 8100
Aurora, IL 60507


AT&T
P.O. Box 105478
Atlanta, GA 30348

AT&T
c/o Collection Company of America
700 Longwater Drive
Norwell, MA 02061


Bank United
14817 Oak
Miami Lakes, FL 33016


Bank United
14817 Oak Lane
Hialeah, FL 33016


Bank United
14817 Oak Lane
Miami Lakes, FL 33016


Bills Lawn Maintenance
P.O. Box 662
Frankfort, IL 60423


Brinks Security
P.O. Box 152235
Irving, TX 75015


Brown Bark III, LP
c/o Kelly, Olson, Michod et al
30 S. Wacker Drive, Suite 2300
Chicago, IL 60606


C&J Heating
8010 W. 189th Street
Mokena, IL 60448


CDW
P.O. Box 75723
Chicago, IL 60675


CDW
c/o Debt Alert
4836 Brecksville Road
Richfield, OH 44286

Charter One
1215 Superior Avenue
Cleveland, OH 44114


Charter One
P.O. Box 42001
Providence, RI 02940


Charter One Bank NA
c/o Donald Newman & Assoc.
11 S. LaSalle Street, Suite 1500
Chicago, IL 60603


Chicago Backflow
12607 S. Laramie Avenue
Alsip, IL 60803


Citi AA
P. O. Box 6500
Sioux Falls, SD 57117


Citi Upromise
P. O. Box 6500
Sioux Falls, SD 57117


Citibank SD NA
c/o Northland Group, Inc.
P.O. Box 390905
Minneapolis, MN 55439


Citibank SD NA
c/o United Recovery Services
5800 North Course Drive
Houston, TX 77072


Clear Vue
P.O. Box 805379
Chicago, IL 60680


Cohon, Raize and Regal
208 South LaSalle Street
Suite 1860
Chicago, IL 60604

```
DHL
14105 Collections Center Drive
Chicago, IL 60693


Direct TV
P.O. Box 6550
Englewood, CO 80155


DuPage County Treasurer
1st Floor - South
421 N. County Farm Road
Wheaton, IL 60187


Dupage County Treasurer
421 North County Farm Road
Wheaton, IL 60187


Dustcatchers
8801 S. Chicago Avenue
Chicago, IL 60617


Endless Resources
3111 Mace Avenue
Suite A
Costa Mesa, CA 92626


FCM Industires
6400 Winona Avenue
Saint Louis, MO 63109


Fifth Third Bank
c/o Weltman, Weinberg et al
P.O. Box 93596
Cleveland, OH 44101


Fifth Third Credit Card
MD 1MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263


Founders Bank
6825 W. 111th Street
Worth, IL 60482
```

Founders Bank
6825 W. 111th Street
Worth, IL 60482


Founders Bank
Worth Branch
6825 West 111th Street
Worth, IL 60482


Founders Bank
Worth Branch
6825 West 111th Street
Worth, IL 60482


Founders Bank
6825 W. 111th Street
Worth, IL 60482


Founders Bank
6825 W. 111th Street
Worth, IL 60482


Founders Land Trust
11850 S. Harlem Avenue
Palos Heights, IL 60463


Fyr-Fyter
P.O. Box 351
Hazel Crest, IL 60429


Global Com
4070 Paysphere Circle
Chicago, IL 60674


GMAC
P.O. Box 5014
Carol Stream, IL 60225


GMAC
P. O. Box 78252
Phoenix, AZ 85062


GMAC
P. O. Box 78252
Phoenix, AZ 85062

GMAC
P.O. Box 5014
Carol Stream, IL 60225


Grainger
6001 W. 115th Street
Alsip, IL 60803


Great Lakes
1340 Internationale Parkway
Woodridge, IL 60517


Guaranty Bank
4000 West Brown Deer Road
Brown Deer, WI 53209


Harris Bank
P.O. Box 6201
Carol Stream, IL 60197


Harris Bank
P.O. Box 6201
Carol Stream, IL 60197


Harris Bank
P.O. Box 6201
Carol Stream, IL 60197


Harris Bank
P.O. Box 6201
Carol Stream, IL 60197


Illinois Secretary of State


Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 21126
Philadelphia, PA 19114


K&E
4607 Lake Worth Road
Lake Worth, FL 33463

```
KD Mailing
6850 N. Central Park Avenue
Lincolnwood, IL 60712


Kodak Service Plan
P.O. Box 640350
Pittsburgh, PA 15264


Kodak Supplies
P.O. Box 640350
Pittsburgh, PA 15264


Leaes One, Inc.


Lease One, Inc


Lease One, Inc


Lease One, Inc.


Lease One, Inc.


Lease One, Inc.


Lease One, Inc.


Lease One, Inc.


Lease One, Inc.


Lease One, Inc.
```

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.

Lease One, Inc.


Lease One, Inc.


Lease One, Inc.


Lease One, Inc.


Lease One, Inc.


Lease One, Inc.


Lifetime Fitness
28141 Deihl Road
Warrenville, IL 60555


Manetti & Griffith
2311 W. 22nd Street
Suite 217
Oak Brook, IL 60523


Mariott Vacation Club


Marriott Vacation Club
P.O. Box 382056
Pittsburgh, PA 15250


MB Bank
18299 Harlem Avenue
Tinley Park, IL 60477


Milpak
P.O. Box 456
Upper Darby, PA 19082

Mind Fire
30 Corporate Park
Suite 301
Irvine, CA 92606


Monster Worldwide Inc
P.O. Box 90364
Chicago, IL 60696


Monster Worldwide, Inc.
c/o Euler Hermes
600 S. 7th Street
Louisville, KY 40201


National City
P. O. Box 3038
K-A16_1J
Kalamazoo, MI 49003


National City
P.O. Box 8043
Royal Oak, MI 48068


Nicor
P.O. Box 310
Aurora, IL 60507


North Creek Business Assoc
P.O. Box 2186
Darien, IL 60561


NuWay
17726 S Oak Park
Tinley Park, IL 60477


Paul and Eileen Greenawalt
992 South Butternut Circle
Frankfort, IL 60423


Paychex Benefits
150 Sawgrass Drive
Rochester, NY 14620

Paychex Premier
150 Sawgrass Drive
Rochester, NY 14620


PCSI
18521 Spring Creek Drive
Unit A
Tinley Park, IL 60477


Pitney Bower Credit Corp
c/o LTD Financial Services
7322 SW Freeway, Suite 1600
Houston, TX 77074


Pitney Leasing
P.O. Box 856460
Louisville, KY 40285


Pitney Postage
P.O. Box 856042
Louisville, KY 40285


Pitney Software
P.O. Box 856390
Louisville, KY 40285


Polk
5244 Paysphere
Chicago, IL 60674


Quill
P.O. Box 37600
Philadelphia, PA 19101


Richard Chisholm
9700 West 131st Street
Palos Park, IL 60464


Roberts & Associates
104 East Roosevelt Road
Suite 202
Wheaton, IL 60187

Ron Leggero, Sr.
10514 Lexington Lane
Frankfort, IL 60423


Santana Energy Services
P.O. Box 200024
Houston, TX 77216


Santana Energy Services
c/o CMI
P.O. Box 456
Upper Darby, PA 19082


SBG Loan
500 West Madison Street
Suite 1250
Chicago, IL 60661


Sears Credit Card
P. O. Box 6922
The Lakes, NV 88901


Security Unlimited
P.O. Box 459
Tinley Park, IL 60477


Small Business Administration
2401 West White Oaks Drive
Springfield, IL 62704


Target Card
P. O. Box 59317
Minneapolis, MN 55459


Target National Bank
c/o Firstsource
205 Bryant Woods South
Buffalo, NY 14228


Tinley Park Police
7850 West 183rd Street
Tinley Park, IL 60477

Tony Marmo
18080 South Wolf Road
Orland Park, IL 60467-5407


Tri Auto
7225 Georgetown Road
Indianapolis, IN 46268


Tri-Auto Enterprises, LLC
c/o Andrew Nill, Attorney at Law
7225 Georgetown Road
Indianapolis, IN 46268


U. S. Post Office
2825 Lone Oak Parkway
Eagan, MN 55121


U. S. Post Office
2825 Lone Oak Parkway
Eagan, MN 55121


U. S. Post Office
2825 Lone Oak Parkway
Eagan, MN 55121


Unishippers
2500 W. Higgins Road
Hoffman Estates, IL 60169


Urban Communications
5320 W 159th Street
Suite 503
Oak Forest, IL 60452


USA Data
P.O. Box 7777
Philadelphia, PA 19175


Variable Thinking


Village of Tinley Park
16250 South Oak Park
Tinley Park, IL 60477

Will County Farmer Bureau
100 Manhattan Road
Joliet, IL 60433


WW Grainger
c/o RMS
4836 Brecksville Road
Richfield, OH 44286


XO Communications
8851 Sandy Parkway
Sandy, UT 84070


Z Graphics
Joe Zeller
122 N. River Street
Dundee, IL 60118