IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **RONALD J. LEGGERO, JR.,** | ) | No. 08 B 26481 |
| | ) | |
| Debtor(s), | ) | |

## NOTICE OF MOTION

TO:    OFFICE OF U.S. TRUSTEE, Via CM/ECF System
David E. Grochocinski, Via CM/ECF System
Ronald J. Leggero, Jr., P. O. Box 210, Naperville, IL 60566 - Via U.S. Mail

    PLEASE TAKE NOTICE that on the 6th day of March, 2009 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JOHN H. SQUIRES,** Bankruptcy Judge, at the DuPage County Courthouse, 505 North County Farm Road, Courtroom No. 4016, Wheaton, Illinois, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

                                          /s/   GINA B. KROL
                                          GINA B. KROL
                                          105 W. Madison St., Ste 1100
                                          Chicago, IL 60602
                                          312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF C O O K | ) |

    GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto directed to the persons shown above, via electronic system or by U. S. Mail, this 24th day of February, 2009.

                                          /s/   GINA B. KROL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: )
)
**RONALD J. LEGGERO, JR.,** )   No. 08 B 26481
)
Debtor(s). )

**TRUSTEE'S MOTION TO EXTEND THE LAST
DATE TO FILE OBJECTIONS TO DISCHARGE**

TO THE HONORABLE **JOHN H. SQUIRES,**
BANKRUPTCY JUDGE

Now comes GINA B. KROL, Trustee herein, and respectfully represents unto this Honorable Court as follows:

1   That she is the duly appointed, qualified and acting Trustee in Bankruptcy herein.

2.   That on the 2nd day of October, 2008, the above-named Debtor filed a voluntary petition seeking relief pursuant to Chapter 7 of the United States Bankruptcy Code.

3.   That the last day for the Trustee to file objections to the Debtor's discharge will expire on February 27, 2009.

4.   That the Debtor did appear for the continued Creditors' Meeting on February 20, 2009, at which time, the Trustee requested documents.

5.   That despite holding a two-hour creditor meeting, the Trustee was unable to conclude the meeting.  Further, the Debtor continues to amend schedules and refused to respond to some of Trustee's inquiries, therefore, the Trustee will need an additional sixty (60) days in order to investigate and examine the Debtor.

WHEREFORE, GINA B. KROL, Trustee herein, prays for the entry of an Order extending

the last day for her to file an objection to the Debtor's discharge through and including April 28, 2009, and for such other and further relief as the Court shall deem proper.

                              GINA B. KROL, Trustee

BY:     /s/ GINA B. KROL
        One of Attorneys for Trustee

GINA B. KROL
COHEN & KROL
105 West Madison St., Ste 1100
Chicago, IL  60602
312/368-0300