# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable:** Judge John H. Squires

**Hearing Date:** 4/23/09

**Bankruptcy Case No.:** 08-26481

**Adversary No.:**

**Title of Case:** Ronald J. Leggero, Jr.

**Brief Statement of Motion:**

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Due to clerical error this case was inadvertently discharged on 1/27/09

It is hereby ordered that the Discharge Order be vacated pursuant to F.R.C.P. 60(a).

For the Court

**KENNETH S. GARDNER**
~~Clerk, U.S. Bankruptcy Court~~

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

6/11/99