IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **RONALD J. LEGGERO, JR.,** | ) | No. 08 B 26481 |
| | ) | |
| Debtor(s). | ) | |

## ORDER TO EXTEND THE LAST DATE TO FILE OBJECTIONS TO DISCHARGE

AT CHICAGO, ILLINOIS, IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE **JOHN H. SQUIRES,** BANKRUPTCY JUDGE
THIS 2nd DAY OF OCTOBER, 2009

This cause coming on to be heard upon the Application of GINA B. KROL, Trustee herein, to Extend the Last Date to File Objections to Discharge, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED that the last day to file objections to discharge is hereby extended for the Trustee through and including November 24, 2009.

ENTER:   **OCT - 2 2009**

*/s/ John H. Squires*

BANKRUPTCY JUDGE

GINA B. KROL
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602
312/368-0300