IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| IN RE: RONALD J. LEGGERO, JR. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| | ) | No. 08 B 26481 |
| | ) | |

**STIPULATION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGEABILITY**

Debtor and Creditor, Founders Bank, by their undersigned counsel, hereby stipulate that the time for Founders Bank to object to the dischargeability of any debt due from the Debtor to Founders Bank pursuant to 11 U.S.C. §523(a) is extended from January 8, 2010 to February 8, 2010.

RONALD J. LEGGERO, JR.                    FOUNDERS BANK

By:   /s/ David E. Grochocinski           By:   /s/ Michael T. Benz
      David E. Grochocinski                     Michael T. Benz (ARDC #6193310)
      Counsel for Debtor                        Counsel for Founders Bank
      GROCHOCINSKI GROCHOCINSKI &                CHAPMAN AND CUTLER LLP
       LLOYD LTD.                                111 W. Monroe Street
      1900 Ravinia Place                        Chicago, Illinois
      Orland Park, Illinois                     (312) 845-3000
      (708) 226-2700


Dated: January 7, 2010                    Dated: January 7, 2010


LeggeroStip12-30-1.DOC